No. A–843 (73–6142). RADUE *v.* UNITED STATES. C. A. 5th Cir. Application for stay and bail presented to

MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. 